UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3|13|18___

YI CAO, BIN DOU, ZHIWEI YUAN
on behalf of themselves and others similarly
situated,

Plaintiffs,

- against -

ATAMI ON 2ND AVENUE INC
d/b/a ATAMI JAPANESE FUSION, JING
LIANG DONG a/k/a MICHAEL DONG, LI
DONG a/k/a JENNY DONG, JIAN ZENG
LIN a/k/a JOE LIN, and QIU RU DONG
a/k/a JUDY DONG and a/k/a WENDY
DONG,

Defendants.

**JUDGMENT**

15 Civ. 5434 (PGG)

LETIAN ZHU, on behalf of himself and
others similarly situated,

Plaintiff,

- against -

ATAMI ON 2ND AVENUE INC
d/b/a ATAMI JAPANESE FUSION, JING
LIANG DONG a/k/a MICHAEL DONG, LI
DONG a/k/a JENNY DONG, JIAN ZENG
LIN a/k/a JOE LIN, and QIU RU DONG
a/k/a JUDY DONG and a/k/a WENDY
DONG,

Defendants.

17 Civ. 275 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Having reviewed the jury's verdict (Dkt. No. 101 in 15-cv-05434 (PGG)), and the

parties' joint proposed judgment and calculation of damages (Dkt. No. 119 in 15-cv-05434

(PGG)); Dkt. No. 47 in 17-cv-00275 (PGG)), it is hereby ORDERED, ADJUDGED, and

DECREED that

(1) Plaintiff Yi Cao recover from Defendants Atami on 2nd Avenue, Inc., Qiu Ru

Dong, and Jian Zeng Lin the amount of $43,855.06, plus post judgment

interest at the rate of 9.00% per annum, along with costs.

(2) Plaintiff Bin Dou recover from Defendants Atami on 2nd Avenue, Inc., Qiu

Ru Dong, and Jian Zeng Lin the amount of $5,802.27, plus post judgment

interest at the rate of 9.00% per annum, along with costs.

(3) Plaintiff Zhiwei Yuan recover from Defendants Atami on 2nd Avenue, Inc.,

Qiu Ru Dong, and Jian Zeng Lin the amount of $115,457.13, plus post

judgment interest at the rate of 9.00% per annum, along with costs.

(4) Plaintiff Letian Zhu recover from Defendants Atami on 2nd Avenue, Inc., Qiu

Ru Dong, and Jian Zeng Lin the amount of $7,500.00, plus post judgment

interest at the rate of 9.00% per annum, along with costs.

Dated: New York, New York
        March 13, 2018

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2