UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YI CAO, BIN DOU, ZHIWEI YUAN on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>    - against -<br><br>ATAMI ON 2ND AVENUE, INC. d/b/a ATAMI JAPANESE FUSION, JING LIANG DONG a/k/a MICHAEL DONG, LI DONG a/k/a JENNY DONG, JIANG ZENG LIN a/k/a JOE LIN, and QIU RU DONG a/k/a JUDY DONG and a/k/a WENDY DONG,<br><br>      Defendants. | **ORDER**<br><br>15 Civ. 5434 (PGG) |
| LETIAN ZHU, on behalf of himself and others similarly situated,<br><br>      Plaintiff,<br><br>    - against -<br><br>ATAMI ON 2ND AVENUE, INC. d/b/a ATAMI JAPANESE FUSION, JING LIANG DONG a/k/a LIANG DONG a/k/a MICHAEL DONG, LI DONG a/k/a JENNY DONG, JIAN ZENG LIN a/k/a JOE LIN, and QIU RU DONG a/k/a JUDY DONG and a/k/a WENDY DONG,<br><br>      Defendants. | 17 Civ. 275 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    Plaintiffs are directed to file a response to Defendants Jiang Liang Dong's and Li Dong's Motions to Vacate by **September 17, 2021.** (See Dkt. No. 156 in 15 Civ. 5434 and Dkt. No. 55 in 17 Civ. 275)

Dated: New York, New York
    September 9, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge