UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YI CAO, BIN DOU, ZHIWEI YUAN on behalf of themselves and others similarly situated,<br><br>                                Plaintiffs,<br><br>                - against -<br><br>ATAMI ON 2ND AVENUE, INC. d/b/a ATAMI JAPANESE FUSION, JING LIANG DONG a/k/a MICHAEL DONG, LI DONG a/k/a JENNY DONG, JIANG ZENG LIN a/k/a JOE LIN, and QIU RU DONG a/k/a JUDY DONG and a/k/a WENDY DONG,<br><br>                                Defendants. | **ORDER**<br><br>15 Civ. 5434 (PGG) |
| LETIAN ZHU, on behalf of himself and others similarly situated,<br><br>                                Plaintiff,<br><br>                - against -<br><br>ATAMI ON 2ND AVENUE, INC. d/b/a ATAMI JAPANESE FUSION, JING LIANG DONG a/k/a LIANG DONG a/k/a MICHAEL DONG, LI DONG a/k/a JENNY DONG, JIAN ZENG LIN a/k/a JOE LIN, and QIU RU DONG a/k/a JUDY DONG and a/k/a WENDY DONG,<br><br>                                Defendants. | 17 Civ. 275 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The Court is in receipt of Defendants Li Dong and Jing Liang Dong's January 26, 2023 letter and Plaintiffs' February 1, 2023 response. To facilitate resolution of this case, the parties, in addition to counsel, are directed to attend the conference scheduled for **February 9, 2023** in person.

Dated:  New York, New York
            February 8, 2023

SO ORDERED.

Paul G. Gardephe
United States District Judge